UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINO VASQUEZ GASPAR,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security; et al.,<br><br>Defendants. | Case No.: 23-CV-1145 W (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT [DOC. 9]** |

    Pending before the Court is a joint motion for an extension of time for Defendants to respond to the First Amended Complaint. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 9] and **ORDERS** Defendants to respond to the First Amended Complaint on or before **February 1, 2024**.

    **IT IS SO ORDERED**.

Dated: January 2, 2024

_____
Hon. Thomas J. Whelan
United States District Judge

1

23-CV-1145 W (KSC)